UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO.: 9:16-cv-81568-DMM

JACOBO HENRIQUEZ, and all others )
similarly situated under 29 U.S.C. 216(b), )
)
)
Plaintiffs, )
vs. )
)
BOCA FRESH PRODUCE CORP. d/b/a )
RED APPLE FARMERS MARKET, and )
ABE FRIEDMAN, )
)
Defendants. )
_____ )

**SUMMONS IN A CIVIL ACTION**

To:
BOCA FRESH PRODUCE CORP. d/b/a RED APPLE FARMERS MARKET
c/o Registered Agent, Abe Friedman
7224 N.W. 116th Way
Parkland, FL 33076

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

09/12/2016

Steven M. Larimore
Clerk of Court

s/ Randi Marks
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO.:  9:16-cv-81568-DMM

| | |
|---|---|
| JACOBO HENRIQUEZ, and all others similarly situated under 29 U.S.C. 216(b), <br><br>             Plaintiffs, <br> vs. <br><br> BOCA FRESH PRODUCE CORP. d/b/a RED APPLE FARMERS MARKET, and ABE FRIEDMAN, <br><br>             Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**SUMMONS IN A CIVIL ACTION**

To:
ABE FRIEDMAN
7224 N.W. 116th Way
Parkland, FL 33076

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

09/12/2016