UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-81568-Civ-Brannon

JACOBO HENRIQUEZ,

    Plaintiff,

v.

BOCA FRESH PRODUCE CORP., et al.

    Defendants.
_____/

**ORDER REMOVING CASE FROM TRIAL CALENDAR**

THIS CAUSE is before the Court on Plaintiff's submission indicating that the parties have reached a settlement in principle. The Court congratulates the parties on having reached an amicable resolution of this matter and hereby ORDERS as follows:

1. The trial set to commence during the two-week trial period starting on March 20, 2017 is **CANCELLED** and shall be removed from the Court's trial calendar, subject to being reset if necessary. In light of the parties' settlement, any pending motions are **DENIED AS MOOT**.

2. **On or before October 26, 2016**, the parties shall jointly file either the appropriate dismissal documents or a report regarding settlement that includes an anticipated date by which such documents will be filed.

DONE and ORDERED in Chambers at West Palm Beach in the Southern District of Florida, this 11th day of October, 2016.

                                          DAVE LEE BRANNON
                                          U.S. MAGISTRATE JUDGE